■ RAJI NASSAR et al., Appellants, v MARTIN I. SAPERSTEIN et al., Respondents. [664 NYS2d 957] —In an action, *inter alia*, to recover damages for legal malpractice, the plaintiffs appeal from an order of the Supreme Court, Westchester County (Coppola, J.), entered January 4, 1996, which, *inter alia*, granted the defendants' motion to dismiss the complaint.

Ordered that the order is affirmed, with costs.

The complaint was properly dismissed pursuant to CPLR 3211 (a) (7) since it failed to state a cause of action to recover damages for legal malpractice (*see, Lauer v Rapp*, 190 AD2d 778; *Mendoza v Schlossman*, 87 AD2d 606). Mangano, P. J., Rosenblatt, Pizzuto and Luciano, JJ., concur.

■ MYRON NEUGEBOREN, Appellant-Respondent, v ANTHONY D'AMBROSIO, JR., et al., Respondents-Appellants. [663 NYS2d 997] —Appeal by the plaintiff and cross appeal by the defendants from a judgment of the Supreme Court, Dutchess County (Beisner, J.), dated May 31, 1996.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Beisner in his memorandum decision dated March 12, 1996, at the Supreme Court. O'Brien, J. P., Sullivan, Altman and McGinity, JJ., concur.